THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GUNTHER J. FLINN, Appellant.

Submitted March 31, 2014; decided May 6, 2014

Motion for reargument denied [see 22 NY3d 599 (2014)].

ALEXANDER PEREIRA, Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted March 17, 2014; decided May 6, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (see Cuadrado v New York City Tr. Auth., 14 NY3d 748 [2010]).

PHH MORTGAGE CORPORATION, Respondent, v HENRY E. DAVIS et al., Appellants, et al., Defendants. (And a Third-Party Action.)

Submitted March 17, 2014; decided May 6, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of RICHARD SANTER, Respondent, v BOARD OF EDUCATION OF EAST MEADOW UNION FREE SCHOOL DISTRICT, Appellant.

Submitted November 18, 2013; decided May 6, 2014

Motion to expand the record denied.